UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | U.S.C.A. No. 14-4262 |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | U.S.D.C. No. 1:13CR00284-JAB-2 |
| | ) | |
| DEWON LAMONT JAMISON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## MOTION TO DECONSOLIDATE CASES

NOW COMES Christopher A. Beechler, counsel for the appellant, and respectfully moves the Court to deconsolidate the appellant's case on appeal from his appellant / co-defendant John Samuel Williams (U.D.C.A. No. 14-4264), and shows unto the Court as follows:

1. The undersigned represented the Defendant in the Middle District of North Carolina pursuant to CJA appointment;

2. After timely filing notice of appeal, the Court ordered the aforementioned cases consolidated for purposes of direct appeal;

3. After reviewing the transcripts of the district court proceedings, undersigned counsel finds no meritorious grounds for appeal;

3. Undersigned counsel anticipates filing a brief pursuant to Anders v. California, 386 U.S. 738 (1967).

WHEREFORE, Christopher A. Beechler prays the Court to enter an Order deconsolidating cases 14-4262 and 14-4264.

Respectfully submitted this the 23rd day of June, 2014.

/s/ Christopher A. Beechler
Christopher A. Beechler
Attorney for the Defendant-Appellant
State Bar No. 27708
Law Offices of Christopher A. Beechler, PC
114 S. Spruce Street
Winston Salem, NC 27101
Telephone    336/723-1110
E-mail:      cbeechler@beechlerlaw.com

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | U.S.C.A. No. 14-4262 |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | U.S.D.C. No. 1:13CR00284-JAB-2 |
| | ) | |
| DEWON LAMONT JAMISON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

CERTIFICATE OF SERVICE

    The undersigned counsel certifies that the Appellant's MOTION TO DECONSOLIDATE CASES with Clerk of the Court using the CM/ECF system which will send notification to the following:

        Robert A. J. Lang
        Assistant United States Attorney

        Andrew C. Cochran
        Assistant United States Attorney

        Michael Archenbronn
        Counsel for Mr. Williams

    Submitted this the 23rd day of June, 2014.

        /s/ Christopher A. Beechler
        Christopher A. Beechler
        Attorney for the Defendant-Appellant
        State Bar No. 27708
        Law Offices of Christopher A. Beechler, PC
        114 S. Spruce Street
        Winston Salem, NC 27101
        Telephone    336/723-1110
        E-mail:    cbeechler@beechlerlaw.com