FILED: June 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4262
(1:13-cr-00284-JAB-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DEWON LAMONT JAMISON

    Defendant - Appellant

_____

No. 14-4264
(1:13-cr-00284-JAB-3)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN SAMUEL WILLIAMS

    Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to deconsolidate and deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk